MARY JANE NELSON

*v.*

W. D. RIDDELL.

*Filed at Ottawa November 1, 1895—Rehearing denied March 13, 1896.*

This case is governed by *Nelson* v. *Davidson,* (*ante,* p. 254,) the two cases being substantially alike.

APPEAL from the Circuit Court of Marshall county; the Hon. T. M. SHAW, Judge, presiding.

EFFIE HENDERSON, for appellant.

WINSLOW EVANS, for appellee.

Per CURIAM: This case is substantially like *Nelson* v. *Davidson,* (*ante,* p. 254,) and is governed by the decision made in that case. The judgment is affirmed.

*Judgment affirmed.*